USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDUARDO REYES, *ET ANO*,                :        07 Civ. 4092 (SHS)

                   Plaintiffs,         :

     -against-                           :        ORDER

MARIUSZ BUDAK, *ET ANO*,                :

                  Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that the next pretrial conference will be held on October 26, 2007, at 10:00 a.m.

Dated: New York, New York
       July 19, 2007

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.