UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Eduardo Reyes
and Natanael Reyes       Plaintiff(s),

-against-

Mariusz Budak
and Aneta Budak          Defendant(s).

------------------------------------------------------------x

07 Civ. 4092 (SHS)

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE

SIDNEY H. STEIN, U.S. District Judge.

   IT IS HEREBY STIPULATED by the undersigned:

   1.   All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2.   Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       July 19, 2007

_____
Plaintiff
Address  116-16 Queens Blvd
         Forest Hills, NY 11375
Telephone  718-205-1010

_____
Attorney for Defendant  See attached
Address _____
        _____
Telephone _____

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED 7/25/07

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

Eduardo Reyes and Natansel Reyes

                      Plaintiff(s),

           - against -

Mariusz Budak and Aneta Budak

                      Defendant(s).
------------------------------------------------- x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 4092 (SHS)(RLE)

IT IS HEREBY STIPULATED by the undersigned:

     1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

     2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

_____ PATRICK T. Maloney (PM)
Attorney(s) for Defendant(s)
Address 90 Broad Street - Suite 2202
Telephone NY NY 10004
(646) 428-2650

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99