UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,    07 Civ. 4092 (SHS)(RLE)

                 Plaintiff,

-against-    **VERIFIED ANSWER TO PLAINTIFF EDUARDO REYES' CROSS-CLAIM**

MARIUSZ BUDAK and ANETA BUDAK,

                 Defendants.
-----------------------------------------------------------------X

    Defendants, MARIUSZ BUDAK and AGNIESZKA BUDAK s/h/a ANETA BUDAK, by and through their attorneys, the Law Offices of Patrick J. Maloney, as and for a verified answer to plaintiff Eduardo Reyes' cross-claim, alleges as follows upon information and belief:

    Denies each and every allegation of the cross-claim.

Dated: New York, New York
         November 1, 2007

                                        Yours, etc.

                                        LAW OFFICES OF PATRICK J. MALONEY

                                        By:_____
                                          Mark A. Solomon (2613)
                                        Attorneys for Defendants
                                        MARIUSZ BUDAK and AGNIESZKA BUDAK s/h/a ANETA BUDAK
                                        90 Broad Street – Suite 2202
                                        New York, New York 10004
                                        (646) 428-2650

TO:    ESCHEN, FRENKEL, WEISMAN & GORDON, LLP
          Attorneys for Plaintiff on the Counterclaim
          EDUARDO REYES
          20 West Main Street
          Bay Shore, New York 11706
          (631) 969-7777
          File No.: 9081-07

ALLA RAPOPORT, ESQ.
Attorneys for Plaintiffs
2171 86th Street, Suite 2
Brooklyn, New York 11214

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

Talesia Fields, being duly sworn, deposes and says: that deponent is not a party to this action is over 18 years of age and resides in Hudson County, New Jersey.

That on the 1st day of November 2007, deponent served the within **VERIFIED ANSWER TO PLAINTIFF EDUARDO REYES' CROSS-CLAIM** upon:

TO:   ESCHEN, FRENKEL, WEISMAN & GORDON, LLP
      Attorneys for Plaintiff on the Counterclaim
      EDUARDO REYES
      20 West Main Street
      Bay Shore, New York 11706
      (631) 969-7777
      File No.: 9081-07

      ALLA RAPOPORT, ESQ.
      Attorneys for Plaintiffs
      2171 86th Street, Suite 2
      Brooklyn, New York 11214

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in the official depository under the exclusive care and custody of the United States Post Office with the State of New York.

_____
Talesia Fields

Sworn to before me this
1st day of November 2007

_____
Notary Public

LAURA E. RUBINICH-Martinez
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RU6118288
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 8TH, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,   07 Civ. 4092 (SHS)(RLE)

                  Plaintiff,

  -against-

MARIUSZ BUDAK and ANETA BUDAK,

                  Defendants.
-------------------------------------------------------------------X

**VERIFIED ANSWER TO PLAINTIFF EDUARDO REYES' CROSS-CLAIM**

**LAW OFFICES OF PATRICK J. MALONEY**
Attorneys for Defendants
MARIUSZ BUDAK AGNIESZKA BUDAK s/h/a ANETA BUDAK
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650