UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07 DE
```

REYES, et al.,

                        Plaintiffs,

             - against -

BUDAK, et al.,

                        Defendants.

**ORDER**

07 Civ. 04092 (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

Following a conference with the Court on November 8, 2007,

**IT IS HEREBY ORDERED** that the Parties will appear before the Court for a subsequent conference on **February 7, 2008, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that all discovery be completed by **February 15, 2008.**

SO ORDERED this 13th day of November 2007
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge