UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,     07 Civ. 4092 (SHS)(RLE)

**NOTICE OF APPEARANCE**

                Plaintiffs,

- against -

MARIUSZ BUDAK and ANETA BUDAK

                Defendants.
------------------------------------------------------------------X

S I R S :

**PLEASE TAKE NOTICE**, that the plaintiff on the counterclaim EDUARDO REYES hereby appears in the above entitled action, and that the undersigned have been retained as attorneys for said plaintiff on the counterclaim and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Bay Shore, New York
       December 12, 2007                Yours etc.,

                                             _____
                                             ESCHEN, FRENKEL WEISMAN
                                             & GORDON, LLP
                                             Attorneys for Plaintiff on the Counterclaim
                                             By: Todd E. Weisman (TEW0963)
                                             20 West Main Street
                                             Bay Shore, New York   11706
                                             (631) 969-7777
                                             Our file #: 9081-07

TO:   see page 2

Law Offices of Patrick J. Maloney
Attorneys for Defendant,
Mariusz Budak and Agnieszka Budak s/h/a Aneta Budak
90 Broad Street-Suite 2202
New York, New York 10004
(646) 428-2650

Elliot Ifraimoff & Associates, P.C.
Attorney for Plaintiffs
1161-6 Queens Boulevard
Suite 230
Forest Hills, NY  11375
718-205-1010