```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD REYES, et al.,

                              Plaintiffs,

                - against -

MARIUSZ BUDAK, et al.,

                              Defendants.

ORDER

07 Civ. 4092 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**WHEREAS** the discovery deadline was set as February 15, 2008, only discovery specifically ordered by the Court is authorized,

    **IT IS THEREFORE ORDERED** that

1. Plaintiffs sign medical authorizations by **February 27, 2008**;

2. Plaintiffs submit to physical examinations by **March 12, 2008**; and

3. Parties complete all fact discovery by **March 21, 2008**.

**SO ORDERED this 19th day of February 2008**
New York, New York

                                                               The Honorable Ronald L. Ellis
                                                               United States Magistrate Judge