```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD REYES, et al.,

                      **Plaintiffs,**

         - against -

MARIUSZ BUDAK, et al.,

                      **Defendants.**

**ORDER**

07 Civ. 4092 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **WHEREAS** the discovery deadline was set as February 15, 2008, and extended to March 21, 2008, for good cause shown,

    **IT IS HEREBY ORDERED** that the Parties complete all discovery by **April 21, 2008.**

**SO ORDERED** this 17th day of March 2008
New York, New York

                                            */s/ Ronald L. Ellis*

                                            **The Honorable Ronald L. Ellis**
                                            **United States Magistrate Judge**