UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,　　　　**NOTICE OF APPEARANCE**

　　　　　　　　　　　Plaintiffs,　　　　　　　　Index No.: 07 Civ. 4092

　　-against-

MARIUSZ BUDAK and ANETA BUDAK

　　　　　　　　　　　Defendants.
------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that defendants, appear in this action and that the undersigned office has been retained as the defendants' attorneys.

Dated: New York, New York
　　　　April 01, 2008

　　　　　　　　　　Yours etc.,

　　　　　　　　　　LAW OFFICES OF DIFFENDERFER & SOLOMON
　　　　　　　　　　BY: _____
　　　　　　　　　　　　　Hendrick Vandamme, Esq. (7702)
　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　Mariusz Budak and Aneta Budak
　　　　　　　　　　90 Broad Street – Suite 2202
　　　　　　　　　　New York, New York 10004
　　　　　　　　　　(646) 428-2650
　　　　　　　　　　Our File No.: 2007-100071


TO:　　Elliot Ifraimoff & Associates, P.C.
　　　　Attorneys for Plaintiffs
　　　　116-16 Queens Boulevard, Suite 230
　　　　Forest Hills, NY 11375
　　　　718-205-1010

　　　　Attn. Todd Weisman, Esq.
　　　　Eschen, Frenkel, Wesiman & Gordon, LLP
　　　　Attorneys for Plaintiff on the Counterclaim
　　　　EDUARDO REYES
　　　　20 West Main Street
　　　　Bay Shore, New York 11706
　　　　631-969-7777

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK)    SS:

Laura E. Martinez, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

On April 2, 2008 I served a true copy of the **NOTICE OF APPEARANCE** by mailing same in a sealed envelope, with postage paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   Elliot Ifraimoff & Associates, P.C.
      Attorneys for Plaintiffs
      116-16 Queens Boulevard, Suite 230
      Forest Hills, NY 11375

      Attn. Todd Weisman, Esq.
      Eschen, Frenkel, Wesiman & Gordon, LLP
      Attorneys for Plaintiff on the Counterclaim
      EDUARDO REYES
      20 West Main Street
      Bay Shore, New York 11706

_____
Laura E. Martinez

Sworn to before me on the
2nd day of April 2008

_____
Notary Public

HENDRICK VANDAMME
NOTARY PUBLIC-STATE OF NEW YORK
No. 02VA6155083
Qualified in New York County
My Commission Expires 11/14/2010

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,             Index No.: 07 Civ. 4092

                Plaintiffs,

-against-

MARIUSZ BUDAK and ANETA BUDAK

                Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

LAW OFFICES OF DIFFENDERFER & SOLOMON
Attorneys for Defendants
Mariusz Budak and Aneta Budak
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650

**Our File No.: 2007-100071**

3