UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-08

EDWARD REYES, et al.,

                **Plaintiffs,**

      - against -

MARIUSZ BUDAK, et al.,

                **Defendants.**

**ORDER**

**07 Civ. 4092 (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that Defendants shall submit to a deposition by **June 16, 2008,** or a default judgment will be entered for Plaintiffs because of Defendants' failure to cooperate in discovery.

**SO ORDERED this 16th day of May 2008**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge