UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,           **NOTICE OF APPEARANCE**

                Plaintiffs,           Index No.: 07 Civ. 4092

   -against-

MARIUSZ BUDAK and ANETA BUDAK

                Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, appear in this action and that the undersigned office has been retained as the defendants' attorneys.

Dated: New York, New York
      May 29, 2008

                Yours etc.,

                LAW OFFICES OF HARVEY & VANDAMME

                BY:   *Mark A. Solomon – 2613*
                      Mark A. Solomon, Esq.
                Attorneys for Defendants
                Mariusz Budak and Aneta Budak
                90 Broad Street – Suite 2202
                New York, New York 10004
                (646) 428-2650
                Our File No.: 2007-100071

TO:    Elliot Ifraimoff & Associates, P.C.
         Attorneys for Plaintiffs
         116-16 Queens Boulevard, Suite 230
         Forest Hills, NY 11375
         718-205-1010

         Attn. Todd Weisman, Esq.
         Eschen, Frenkel, Wesiman & Gordon, LLP
         Attorneys for Plaintiff on the Counterclaim
         EDUARDO REYES
         20 West Main Street
         Bay Shore, New York 11706
         631-969-7777

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK)        SS:


Emma McCorkle, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County, in the State of New York.

On June    , 2008 I served a true copy of the **NOTICE OF APPEARANCE** by mailing same in a sealed envelope, with postage paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   Elliot Ifraimoff & Associates, P.C.
      Attorneys for Plaintiffs
      116-16 Queens Boulevard, Suite 230
      Forest Hills, NY 11375

      Attn. Todd Weisman, Esq.
      Eschen, Frenkel, Wesiman & Gordon, LLP
      Attorneys for Plaintiff on the Counterclaim
      EDUARDO REYES
      20 West Main Street
      Bay Shore, New York 11706


_____
                                                    Emma McCorkle

Sworn to before me on the
        day of June   2008


_____
        Notary Public

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDUARDO REYES and NATANAEL REYES,              Index No.: 07 Civ. 4092

                           Plaintiffs,

   -against-

MARIUSZ BUDAK and ANETA BUDAK

                           Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

LAW OFFICES OF HARVEY & VANDAMME
Attorneys for Defendants
Mariusz Budak and Aneta Budak
90 Broad Street – Suite 2202
New York, New York 10004
(646) 428-2650

**Our File No.: 2007-100071**

3