UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD REYES, et al.,

                       **Plaintiffs,**

- against -

MARIUSZ BUDAK, et al.,

                       **Defendants.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

**ORDER**

07 Civ. 4092 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Discovery having been completed,

    **IT IS HEREBY ORDERED** that the Parties submit a Joint Final Pretrial Order in accordance with the undersigned's rules by **July 23, 2008.**

**SO ORDERED this 23rd day of June 2008**
New York, New York

                                              */s/ Ronald Ellis*
                                              The Honorable Ronald L. Ellis
                                              United States Magistrate Judge